# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITIBANK, N.A.,<br><br>                      Plaintiff,<br>v.<br><br>COATING TECHNOLOGIES CORP. and ROBERT GAGLIANO,<br><br>                      Defendants. | Civil Action No. 14-CV-07670<br><br>**JUDGMENT<br>AGAINST DEFENDANT<br><u>COATING TECHNOLOGIES CORP.</u>** |

This action having been commenced on December 9, 2014 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant Coating Technologies Corp. on December 26, 2014 by personal service on Robert Gagliano, as an authorized agent of defendant Coating Technologies Corp., at his address of 20 Flintlock Drive, Warren, New Jersey 07059, and proof of service having been filed on January 14, 2015, and defendant Coating Technologies Corp. having failed to answer the Complaint, and the time for answering the Complaint having expired, *and having failed to oppose the instant motion,* it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered against defendant Coating Technologies Corp. and in the favor of plaintiff Citibank, N.A. in the amount of $756,891.77, together with interest at the default rate of 4.25% per annum (*per diem* $86.17) from February 3, 2015 to the date hereof, and interest at the legal rate thereafter.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE